```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


  UNITED STATES OF AMERICA   )
                             )   CRIMINAL ACTION NO.
       v.                    )      2:17cr123-MHT
                             )           (WO)
  BERNADETTE DICKERSON       )
```

ORDER

Upon consideration of the probation officer's petition for early termination of supervised release (doc. no. 54) and the included memorandum describing Bernadette Dickerson's completion of 24 months of her 36-month term of supervised release without any new arrests or incidents of noncompliance, and based on the representation in the petition that the government does not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Bernadette Dickerson's term of supervised release is terminated effective immediately and she is discharged.

DONE, this the 23rd day of December, 2020.

                                 <u>/s/ Myron H. Thompson</u>
                                 **UNITED STATES DISTRICT JUDGE**